| Exhibit A Musical Compositions ||||
| Composition Title | Writer(s) | Publisher(s) | Copyright Registration # |
| --- | --- | --- | --- |
| AIRHEAD | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000375380 |
| AIRWAVES | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000158659 |
| ARMAGEDDON | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000734351 |
| ASCENT OF MAN, THE | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000734356 |
| BEAUTY OF A DREAM | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000641613 |
| BIG BANG BACKWARDS | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000734358 |
| BUDAPEST BY BLIMP | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000375376 |
| CLOSE BUT NO CIGAR | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000641616 |
| CLOUDBURST AT SHINGLE STREET | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000158661 |
| COMMERCIAL BREAKUP | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000158656 |
| CRUEL | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000641620 |
| DEEP IN LOVE | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PAu001301008 |
| DISSIDENTS | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000213687 |
| EASTERN BLOC | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000641617 |
| EUROPA AND THE PIRATE TWINS | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000158389 |
| FLAT EARTH, THE | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000213688 |
| FLYING NORTH | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000158655 |
| GOT IT TWISTED | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0001324775 |
| HYPERACTIVE | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000213691 |
| I LIVE IN A SUITCASE | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000641618 |
| I LOVE YOU GOODBYE | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000641621 |
| KEY TO HER FERRARI, THE | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000375379 |
| LEIPZIG IS CALLING | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000158391 |
| MAGIC'S WAND | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000175941 |
| MAY THE CUBE BE WITH YOU | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000375375 |
| MOONBASE | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000734352 |
| MULU THE RAIN FOREST | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000213690 |
| MY BRAIN IS LIKE A SIEVE | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000375378 |
| N.E.O. | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000734355 |
| NEON SISTERS | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000641614 |
| NEW TOY | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000174115 |
| NUVOGUE | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000734359 |
| ONE OF OUR SUBMARINES | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000167975 |
| PLANET OF LOST SOULS | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000734357 |
| PULP CULTURE | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000375377 |
| QUANTUM MECHANIC | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000734354 |
| RADIO SILENCE | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000158660 |
| SCREEN KISS | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000213689 |
| SHE BLINDED ME WITH SCIENCE | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000167974 |
| SILK PYJAMAS | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000641619 |
| TAW SHI | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000458892 |
| THAT'S WHY PEOPLE FALL IN LOVE | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000641615 |
| THE ABILITY TO SWING | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000375381 |
| URGES | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000158390 |
| VALLEY TO THE MINDS EYE | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000734353 |
| WEIGHTLESS | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000158657 |
| WHITE CITY | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000213692 |
| WINDPOWER | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000158658 |
| IT'S ALL IN MAGIC'S WAND | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000187576 |