| Exhibit B Musical Compositions | | | |
| --- | --- | --- | --- |
| Composition Title | Writer(s) | Publisher(s) | Copyright Registration # |
| AIRHEAD | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000375380 |
| CLOUDBURST AT SHINGLE STREET | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000158661 |
| EASTERN BLOC | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000641617 |
| MAGIC'S WAND | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000175941 |
| TAW SHI | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000458892 |