| Exhibit C Musical Compositions |||| 
|---|---|---|---|
| Composition Title | Writer(s) | Publisher(s) | Copyright Registration # |
| EUROPA AND THE PIRATE TWINS | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000158389 |
| HYPERACTIVE | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000213691 |
| I LIVE IN A SUITCASE | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000641618 |
| I LOVE YOU GOODBYE | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000641621 |
| MY BRAIN IS LIKE A SIEVE | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000375378 |
| ONE OF OUR SUBMARINES | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000167975 |
| SHE BLINDED ME WITH SCIENCE | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000167974 |
| THE ABILITY TO SWING | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000375381 |