| Exhibit D Musical Compositions | | | |
|---|---|---|---|
| Composition Title | Writer(s) | Publisher(s) | Copyright Registration # |
| AIRWAVES | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000158659 |
| ARMAGEDDON | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000734351 |
| ASCENT OF MAN, THE | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000734356 |
| BEAUTY OF A DREAM | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000641613 |
| BIG BANG BACKWARDS | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000734358 |
| BUDAPEST BY BLIMP | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000375376 |
| CLOSE BUT NO CIGAR | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000641616 |
| COMMERCIAL BREAKUP | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000158656 |
| CRUEL | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000641620 |
| DISSIDENTS | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000213687 |
| FLAT EARTH, THE | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000213688 |
| FLYING NORTH | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000158655 |
| GOT IT TWISTED | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0001324775 |
| KEY TO HER FERRARI, THE | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000375379 |
| LEIPZIG IS CALLING | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000158391 |
| MAY THE CUBE BE WITH YOU | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000375375 |
| MOONBASE | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000734352 |
| MULU THE RAIN FOREST | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000213690 |
| N.E.O. | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000734355 |
| NEON SISTERS | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000641614 |
| NUVOGUE | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000734359 |
| PLANET OF LOST SOULS | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000734357 |
| PULP CULTURE | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000375377 |
| QUANTUM MECHANIC | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000734354 |
| RADIO SILENCE | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000158660 |
| SCREEN KISS | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000213689 |
| SILK PYJAMAS | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000641619 |
| THAT'S WHY PEOPLE FALL IN LOVE | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000641615 |
| URGES | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000158390 |
| VALLEY TO THE MINDS EYE | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000734353 |
| WEIGHTLESS | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000158657 |
| WHITE CITY | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000213692 |
| WINDPOWER | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000158658 |
| IT'S ALL IN MAGIC'S WAND | ROBERTSON, MORGAN THOMAS | LOST TOY PEOPLE, INC. | PA0000187576 |